JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AST TEXTILE GROUP, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; WEST AMERICAN INSURANCE COMPANY, a California corporation; and DOES 1 through 10, Inclusive;<br><br>Defendants. | Case No. 2:21-cv-05994<br><br>Judge: Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____January 18_____, 2021        _____/s/ Stephen V. Wilson_____

Hon. Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

**[X]  BY CM/ECF ELECTRONIC SERVICE**: The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

John K. McKasson (SBN 138194)
johnm@mckassonklein.com
Marcella R. Chambers (SBN 250656)
mchambers@mckassonklein.com
MCKASSON & KLEIN, LLP
18401 Von Karman Avenue, Suite 330
Irvine, CA 92612
Tel: (949) 724-0200
Fax: (949) 724-0201

*Attorneys for Plaintiff*

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 12, 2022, in San Francisco, California.

Brian Day